```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| JOHN MERCADO, | : |
|  | : Civil Action No. 09-5973 (NLH) |
| Plaintiff, | : |
|  | : |
| v. | : **O R D E R** |
|  | : (CLOSED) |
| CAMDEN COUNTY CORRECTIONAL FACILITY, et al., | : |
|  | : |
| Defendants. | : |

The Court having considered Plaintiff's application to proceed in forma pauperis and file the Complaint without prepayment of fees pursuant to 28 U.S.C. § 1915; and the Court having screened the Complaint to determine whether dismissal is warranted pursuant to 28 U.S.C. § 1915(e)(2);

It is on this  1ST  day of   December  , 2009;

ORDERED that Plaintiff may proceed in forma pauperis without prepayment of the $350.00 filing fee pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

ORDERED that the Clerk of the Court is directed to file the Complaint in the above-captioned action; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this order by regular mail on the Attorney General of New Jersey and on the warden of the Camden County Correctional Facility; and it is further

ORDERED that Plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in

this order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

ORDERED that in each month that the amount in Plaintiff's account exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of the Plaintiff shall assess, deduct from Plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to Plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is further

ORDERED that Plaintiff's medical care claim shall be DISMISSED, without prejudice; and it is further

ORDERED that defendant Camden County Correctional Facility is hereby DISMISSED from this action, with prejudice; and it is further

ORDERED that the Clerk of the Court shall close this case; and it is further

ORDERED that, within 45 days from the date this Order is entered, Plaintiff may move to reopen his case, attaching to any such motion a proposed amended complaint which addresses the deficiencies of the complaint as stated in the Opinion accompanying this Order.

                                             /s/ NOEL L. HILLMAN
                                             NOEL L. HILLMAN
                                             United States District Judge

At Camden, New Jersey